UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION



UNITED STATES OF AMERICA

V.                                              CRIMINAL NO. 3:18-cr-201-HTW-LRA

FRANK SADDLER                                   18 U.S.C. § 1951(a)

**The United States Attorney charges:**

At all times material to this Information, the defendant, **FRANK SADDLER**, was a Branch Director with the Mississippi Department of Human Services (MDHS), which has oversight of the Supplemental Nutrition Assistance Program (SNAP) of the United States Department of Agriculture in Mississippi, including the investigation of violations of the SNAP regulations and pursuing criminal charges against violators.

From on or about July 23, 2014, to on or about June 15, 2015, in the Southern District of Mississippi, defendant **FRANK SADDLER** did knowingly obstruct, delay, and affect in any way and degree commerce and the movement of articles and commodities in commerce by extortion, as those terms are defined in Title 18, United States Code, section 1951; that is, Defendant sought and obtained money not due Defendant or his office, from the owners of convenience stores who violated SNAP regulations and who had been charged with criminal violations relating to SNAP, with the victim's consent, under color of official right, all in violation of Title 18, United States Code, Sections 1951(a) and 2.

### NOTICE OF INTENT TO SEEK CRIMINAL FORFEITURE

As a result of committing the offenses as alleged in this Information, the defendant shall forfeit to the United States all property involved in or traceable to property involved in the offenses, including but not limited to all proceeds obtained directly or indirectly from the offenses, and all

property used to facilitate the offenses. Further, if any property described above, as a result of any act or omission of the defendant: (a) cannot be located upon the exercise of due diligence; (b) has been transferred or sold to, or deposited with, a third party; (c) has been placed beyond the jurisdiction of the Court; (d) has been substantially diminished in value; or (e) has been commingled with other property, which cannot be divided without difficulty, then it is the intent of the United States to seek a judgment of forfeiture of any other property of the defendant, up to the value of the property described in this notice or any bill of particulars supporting it.

All pursuant to Title 18, United States Code, Section 981(a)(1)(c) and Title 28, United States Code, Section 2461.

D. MICHAEL HURST, JR.
United States Attorney