IN THE UNITED STATES DISTRICT COURT

FOR THE

SOUTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

VS.  CASE NO.: 3:18CR201-HTW-LRA

FRANK SADDLER  DEFENDANT

## NOTICE OF INTENT TO PLEA GUILTY

**COMES NOW**, Defendant, Frank Saddler, by and through his Attorney and files this his Notice, pursuant to Fed. R. Crim. P. 11(a)(1), to plead guilty to the offense charged in a Criminal Information charging Defendant with Extortion under Color of Official Right in violation of 18 U.S.C. §1951(a).

Defendant would further show unto the Court that Defendant and the Government have entered into a Plea Agreement, and Plea Supplement Agreement condition, in part, on Defendant pleading guilty to the criminal charge set forth in the agreement and referenced in this notice.

Respectfully submitted this the 28th day of November, 2018.

**FRANK SADDLER, DEFFENDANT**

BY:  /s/ Edward Blackmon, Jr.
Edward Blackmon, Jr., MSB #33543

## CERTIFICATE OF SERVICE

I, Edward Blackmon, Jr., attorney for Defendant, do hereby certify that I have this day filed a true and correct copy of the above and foregoing: ***Notice of Intent to Plead Guilty,*** which sent notification to the following counsel of record:

Dave Fulcher, Esq.
Assistant United States Attorney
Southern District of Mississippi
501 East Court Street, Suite 4.430
Jackson, MS 39201

So certified this the 28th day of November, 2018.

/s/ Edward Blackmon, Jr.
Edward Blackmon, Jr., MSB #33543